JS-6

```
MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff Alfred Meza

LAURIE D. RAU            (CSBN 183035)
ANTHONY G. CHAVOS        (CSBN 131937)
CHAVOS & RAU, APLC
3 MacArthur Place, Suite 150
Santa Ana, CA 92707
(714) 435-9505
(714) 435-9506 FAX
Email:  lrau@chavosandrau.com
Email:  achavos@chavosandrau.com

Attorneys for Defendant SULLIVAN LUXURY CARS, LLC
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ALFRED MEZA, AN INDIVIDUAL;<br><br>Plaintiff,<br><br>vs.<br><br>SULLIVAN LUXURY CARS, LLC, A DELAWARE CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:14-cv-00042-VAP-SPx<br><br>**STIPULATION OF DISMISSAL**<br><br><br><br>Complaint Filed: 1/08/2014<br>Trial Date:  None |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between Plaintiff ALFRED MEZA and all Defendants who have appeared in this action, as follows:

1. This action was commenced on January 8, 2014.

2. The action is not a class action; a receiver has not been appointed and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action is hereby dismissed, in its entirety, with prejudice.

DATED: November 13, 2014          LAW OFFICES OF MICHAEL TRACY

                                  /s/ Michael Tracy
                           By:    _____
                                  MICHAEL TRACY, Attorney for Plaintiff
                                  Alfred Meza

Dated: November 13, 2014          **CHAVOS & RAU, APLC**

                                  /s/ Laurie Rau
                           By     _____
                                  LAURIE D. RAU
                                  ANTHONY G. CHAVOS
                                  Attorneys for Defendant SULLIVAN
                                  LUXURY CARS, LLC

IT IS SO ORDERED.
DATED: 11/25/14
_____
[signature]
UNITED STATES DISTRICT JUDGE